**Order entered December 8, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00775-CV

### MARCANTONIO ENTERPRISES, LLC, Appellant

### V.

### STELLAR RESTORATION SERVICES, LLC, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05272-2016**

## ORDER

Before the Court are (1) appellee's December 6, 2017 unopposed motion to reinstate the appeal, which was abated due to bankruptcy; (2) John S. Morgan's October 24, 2017 unopposed motion to withdraw as counsel for appellant; and (3) appellee's response to the motion to withdraw.

Appellee recites in its motion to reinstate that the bankruptcy court entered an order on October 11, 2017 modifying the automatic stay to permit the parties to pursue and defend the appeal. Attached to the motion is a copy of the bankruptcy court's order. We **GRANT** appellee's motion and **REINSTATE** the appeal. *See* TEX. R. APP. P. 8.3(a).

Because the motion to withdraw as counsel does not comply with the requirements of Texas Rule of Appellate Procedure 6.5, we **DENY** that motion. *See id.* 6.5. The denial is without prejudice to refiling a motion that complies with rule 6.5.

We note both the clerk's record and the reporter's record have been filed. Accordingly, we **ORDER** appellant to file its brief no later than January 8, 2018.

/s/    CRAIG STODDART
JUSTICE